# Chapter 13 Plan

Case No: BK-09-7

Debtor(s): **Clarence J. Dudley**  SS#: xxx-xx-7668  Net Monthly Earnings: **$2,313.73**
SS#: _____  Number of Dependents: **1**

I. Plan Payments:
( ) Debtor(s) propose to pay a periodic payment of $_____ of _____ ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly into the plan; or
(X) Payroll deduction Order: To: **University of Alabama** for $ **66.00** ☐ weekly ☒ biweekly ☐ semi-monthly ☐ monthly.
Length of plan is approximately **60** months, and the total due to be paid through the plan is approximately $ **8,513.07**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:
   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See§1322(a)(2)]
   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

B. Total Attorney Fee: $ **2,750.00** : $ **100.00** to be paid at confirmation and $ **50.00** per month until balance is paid in full.

C. The holder of each SECURED claim shall retain the lien securing said claim until a discharge is granted and such claim shall be paid in full with **5%** interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included In Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
|  |  | ☐ by Trustee ☐ by Debtor |  |  |  |  |  |
|  |  | ☐ by Trustee ☐ by Debtor |  |  |  |  |  |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment Begin |
|---|---|---|---|---|---|---|---|---|
| Dunn's ~~Auto Sales~~ | $10.00 | $4466.82 | $1925.00 | $0.00 | 1998 Pontiac Grand Am SE | 5% | $91.04 | 12/2009 |
|  |  |  |  |  |  |  |  |  |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

IV. Special Provisions:
   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated _____.
   ☒ This plan proposes to pay unsecured creditors **0** %.
   ☐ Other provisions _____
   Name/Address/Telephone/Attorney for Debtor(s)

   Dated: **October 21, 2009**

   _Edwina E. Miller, Attorney at Law_
   _2915 7th Street_                         /s/ Clarence J. Dudley
   _Tuscaloosa, AL 35401_                    Signature of Debtor
   Telephone Number  **205-752-0053**
                                             Signature of Debtor